The State *v.* Houck *et al.*

---

### THE STATE *v.* HOUCK ET AL.

[No. 2,283.   Filed November 24, 1896.]

From the Grant Circuit Court.   *Reversed.*

*W. A. Ketcham,* Attorney General, and *Ellis Bundy,* for State.

*Elliott & Elliott, Jonn T. Strange* and *Ethan A. Huffman,* for appellees.

GAVIN, J.—By section 248, Burns' R. S. 1894, the repeal of a criminal statute does not relieve an offender from prosecution for violations of the statute prior to its repeal, unless the repealing act shall so expressly provide.   *State* v. *Hardman, ante, 357.*

Judgment reversed.